```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                                    :    02 Cr. 733 (JSR)
        -v-                         :
                                    :    ORDER
                                    :
JERRY FRITH,                        :
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The representation of the defendant in the above-captioned matter is assigned to the C.J.A. attorney on duty today, July 30, 2021, Angus James Bell, Esq., for the purposes of supplementing, if deemed necessary, the defendant's pro se motion for reduction of sentence. See ECF No. 80. Counsel for the defense and the Government are directed to jointly call Chambers by no later than Monday, August 9, 2021 to set up a briefing schedule for the motion.

SO ORDERED.

Dated: New York, NY
       7/30/, 2021

_____
JED S. RAKOFF, U.S.D.J.

1