UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>JERRY FRITH,<br><br>Defendant. | 02-cr-733 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On January 1, 2021, defendant Jerry Firth, moved pro se for a reduction in sentence pursuant to 18 U.S.C. § 3582(c). On July 30, 2021, the Court appointed Firth counsel in connection to that motion. And on September 8, 2021, appointed counsel advised the Court that Firth is withdrawing the motion on the grounds that the defendant had completed the term of incarceration imposed by this Court and thus this Court has no authority to grant the requested relief. Accordingly, Firth's motion is denied and the Clerk of the Court is directed to close entry number 80.

SO ORDERED.

Dated:   New York, NY

September 30, 2021

JED S. RAKOFF, U.S.D.J.

1